IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | | |
|---|---|---|
| **ROBERT R. STEPHENSON** | ) | **PLAINTIFF** |
| | ) | |
| | ) | |
| | ) | **CAUSE NO. 2:09CV051-S-A** |
| **v.** | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **STATE FARM MUTUAL** | ) | |
| **AUTOMOBILE INSURANCE** | ) | **DEFENDANT** |

_____

**AGREED ORDER EXTENDING
CASE MANAGEMENT ORDER DEADLINES**
_____

IT IS, THEREFORE, ORDERED, that the Case Management Order deadlines (Doc. 11) are hereby extended by agreement of the parties as follows: The discovery deadline is extended until March 8, 2010, and the dispositive motion deadline is extended until March 31, 2010.

SO ORDERED, this 22nd day of December, 2009.

/s/David A. Sanders_____
UNITED STATES MAGISTRATE JUDGE

Agreed:

s/ Philip A. Stroud_____
Attorney for Plaintiff
5779 Getwell Road, Building C-1
Southaven, MS 38672


s/ Robert L. Moore_____
Attorney for Defendant
100 North Main Bldg, Suite 3400
Memphis, TN 38103